UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-M-01317

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| EMMITH ALLEN WILLIAMS | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Criminal Complaint No. 5:07-M-01317 and arrest warrant against the above-captioned defendant due to the following: Defendant is currently serving a sentence of life without parole in the State of South Carolina for two counts of armed robbery (2007-GS-40-4668, 2007-GS-40-5451) and one count of first-degree burglary (2007-GS-40-4518).

JOHN STUART BRUCE
United States Attorney

/s/ Felice McConnell Corpening
FELICE McCONNELL CORPENING
Assistant United States Attorney
Criminal Division
310 New Bern Avenue
Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4582
Facsimile: (919) 856-4487
Email: felice.corpening@usdoj.gov
NC Bar No. 21199

Leave of Court is granted for the filing of the foregoing dismissal.

                                                  James C. Dever III
                                                Chief United States District Judge

Date: 3/16/17